SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-1
MARCH 21, 2017 SESSION



FILED
MAR 21 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17-47
    21 U.S.C. § 841(a)(1)
    21 U.S.C. § 860
DANA STEVENSON
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(2)

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about December 14, 2016, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about January 4, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON knowingly and intentionally distributed a quantity of heroin, a schedule I controlled substance, within 1000 feet of the real property comprising a public school, that is, Stonewall Jackson Middle School.

In violation of Title 21, United States Code, Sections 841(a)(1) and 860.

**COUNT THREE**

On or about January 6, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR**

On or about January 11, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE**

On or about January 17, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance, within 1000 feet of the real property comprising a public school, that is, Stonewall Jackson Middle School.

In violation of Title 21, United States Code, Sections 841(a)(1) and 860.

**COUNT SIX**

On or about January 18, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON knowingly and intentionally possessed with intent to distribute a quantity of cocaine base, also known as "crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN**

1. On or about January 18, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA STEVENSON did knowingly possess a firearm, that is, a Glock Model 27 .40 caliber handgun, in and affecting interstate commerce.

2. At the time defendant DANA STEVENSON possessed the aforesaid firearm, he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

   a. convicted on or about December 1, 2014, in the 13th Circuit Court, Kanawha County, West Virginia, of Wanton Endangerment, in violation of West Virginia Code Section, 61-7-12;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

CAROL A. CASTO
United States Attorney

By: _____
STEPHANIE S. TAYLOR
Assistant United States Attorney