# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/18/2017                                                                      Case Number 2:17-cr-00047
Case Style: USA vs. Dana  Stevenson
Type of hearing Plea Hearing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                            Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Stephanie Taylor


Attorney(s) for the Defendant(s) Andrew Katz


Law Clerk Jason S. Bailey                                                   Probation Officer Kiara Carper

## Trial Time



## Non-Trial Time

Plea Hearing


## Court Time

3:15      to 3:45
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start 3:00 p.m.
Actual Start 3:15 p.m.

Defendant present in person and by counsel.
Defendant placed under oath.
Court finds Defendant competent to go forward.
Court defers acceptance of plea agreement but orders original plea agreement filed.
Defendant waives reading of Indictment.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Court asks Government to provide factual basis for the plea.
Government relies upon the Stipulation of Facts for its factual basis.
Court calls upon Defendant to enter a plea.
Defendant pleads guilty to Count One of the Indictment, and executes written guilty plea form.
Court finds Defendant is competent and capable of entering an informed plea.
Court finds Defendant's plea to be voluntary.
Court finds that Defendant understands the consequences of the plea.
Court finds that Defendant understands the rights being given up.
Court finds sufficient factual basis for Defendant's plea.
Court accepts plea.
Court defers adjudging Defendant guilty until the time of sentencing.
Defendant remanded pending sentencing.
Sentencing set for January 18, 2018, at 2:00 p.m.
Court recessed at 3:46 p.m.